## HEWITT v. NICHOLSON.

### July 6, 1839.

*Rule to show cause of action, and why defendant should not be discharged on common bail.*

An affidavit, averring that defendant is indebted to the plaintiff " in the sum of $————, for money had and received by defendant, to plaintiff's use, as deponent (the plaintiff,) *verily believes,*" without any further averment, is insufficient to hold to bail.

THIS was an action to June term, 1839, No. 185. The defendant having been arrested on a *capias ad respondendum*, ruled the plaintiff to show his cause of action. The plaintiff produced his affidavit, averring that defendant was indebted to him " in the sum of 10,000 dollars, for money had and received by the said defendant, to the use of deponent, as deponent verily believes."

*H. M. Phillips* and *Meredith*, for the rule.
*F. W. Hubbell* and *J. R. Ingersoll*, contra.

PER CURIAM.—An averment by the deponent in an affidavit to hold to bail, that he *verily believes* defendant is indebted to him, will be ineffectual, unless from the peculiar circumstances of the case, it would be unreasonable to require that the deponent should make a more distinct assertion of the existence of the debt. In this case, no such circumstances are detailed, to warrant a departure from the general rule. 2 *Burr.* 655 ; 2 *Stra.* 1209, 1226 ; 1 *Wils.* 231 ; 1 *H. Bl.* 245 ; Nevins *v.* Merrie, 2 *Wh. R.* 499.
Rule absolute.